Edward **BENNETT**, Plaintiff-Appellant,

v.

**UNITED STATES of America,**
**Defendant-Appellee.**

No. 17-1831

United States Court of Appeals,
Fourth Circuit.

Submitted: January 31, 2018

Decided: February 13, 2018

Benjamin A. Traywick, BEN TRAYWICK LAW FIRM, LLC, Charleston, South Carolina, for Appellant. Beth Drake, United States Attorney, Terri Hearn Bailey, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Before DUNCAN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Bennett appeals the district court's order granting summary judgment in favor of the United States and terminating Bennett's civil suit filed pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b)(1), 2671 to 2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bennett v. United States*, No. 2:16-cv-02645-RMG, 2017 WL 2120043 (D.S.C. May 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*